*man,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Schmidt.

Argued December 5, 1972.

*Thomas G. Gavin,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellant; *Thomas R. Kellogg,* with him *Richard Reifsnyder,* and *MacElree, Platt and Harvey,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.

## Commonwealth *v.* Schultz, Appellant.

Argued December 8, 1972. *William S. Kreisher,* for appellant; *Edgar B. Bayley,* First Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has com-